THE STATE, EX REL. MILLER, v. GETZENDANNER ET AL.

[No. 3,561.   Filed April 19, 1901.]

From the Harrison Circuit Court.   *Appeal dismissed.*

*E. D. Mitchell*, for appellant.
*W. Ridley* and *G. W. Self*, for appellees.

PER CURIAM.—The motion to dismiss the appeal is sustained upon the authority of *Doble* v. *Brown*, 20 Ind. App. 2, and *Lawrence* v. *Wood*, 122 Ind. 452.

---

CITY OF FT. WAYNE v. BROWN, ADMINISTRATRIX.

[No. 3,691.   Filed April 24, 1901.]

From the Allen Superior Court.   *Affirmed.*

*W. H. Shambaugh, J. M. Barrett* and *S. L. Morris*, for appellant.
*W. Leonard, E. Leonard* and *W. G. Colerick*, for appellee.

PER CURIAM.—The facts in this case are substantially the same as in the case of *City of Ft. Wayne* v. *Patterson*, 25 Ind. App. 547. The principles of law announced in that case are controlling in the case at bar, and upon the authority of the above case the judgment is affirmed.

---

CRUSON ET AL. v. COOTS, ADMINISTRATOR, ET AL.

[No. 3,785.   Filed April 26, 1901.]

From the Clark Circuit Court.   *Affirmed.*

*M. Z. Stannard, J. H. Shea, M. Storen* and *Gardner & Moxley*, for appellants.
*E. A. Howard* and *L. A. Douglass*, for appellees.

PER CURIAM.—The assignment of error is that the circuit court erred in overruling appellants' motion for a new trial. The ground upon which the new trial was asked by part of appellants was, "that the verdict and judgment herein is not sustained by the evidence and is contrary to law." The other appellants by their motion present the same question.

The evidence is in the record. The case was tried by the court without a jury. There is evidence fairly supporting the judgment. It is therefore affirmed.